UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re Request from Switzerland Pursuant to the Treaty Between the United States of America and the Swiss Confederation on Mutual Assistance in Criminal Matters | March 23, 2010<br><br>No. _____ |

**EX PARTE**

**APPLICATION FOR ORDER PURSUANT TO THE TREATY
ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS AND 18 U.S.C. § 3512**

The United States petitions this Court for an Order, pursuant to the Treaty Between the United States of America and the Swiss Confederation on Mutual Assistance in Criminal Matters, U.S.-Switz., May 25, 1973, 27 U.S.T. 2019, and 18 U.S.C. § 3512, appointing William J. Nardini as Commissioner to collect evidence from witnesses and to take such other action as is required to execute the attached request from Switzerland made pursuant to the Treaty.

Respectfully submitted,

NORA R. DANNEHY
UNITED STATES ATTORNEY

/s/

William J. Nardini
Assistant United States Attorney
Federal Bar No. CT16012
157 Church Street, 23rd Floor
New Haven, CT  06510
Tel.: (203) 821-3748
Fax: (203) 773-5377
william.nardini@usdoj.gov